# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUWSA GREEN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 11-255 |
| ) | |
| v. ) | Judge McVerry |
| ) | Magistrate Judge Eddy |
| FAYETTE CORRECTIONAL ) | |
| FACILITY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

Muwsa Green ("Plaintiff") is a state prisoner incarcerated at the State Correctional Institution at Fayette ("SCI-Fayette") in LaBelle, Pennsylvania. The instant cause of action commenced with the receipt of the initial complaint on February 25, 2011 (Doc. 1). Plaintiff was granted leave to proceed *in forma pauperis* ("IFP"), and the complaint was filed, on March 7, 2011. (Docs. 2 and 3). Due to deficiencies in Plaintiff's initial complaint, as well as his apparent intent to amend his claims, this Court ordered him to file an amended complaint containing all of the claims that he wished to raise against all of the Defendants that he wished to sue. (Doc. 14) at 2. Plaintiff was granted an extension of time in which to comply with this order on May 4, 2011. What followed were two short filings in which Plaintiff made allegations of wrongdoings that occurred well after the date that the instant lawsuit was filed. (Docs. 18 and 19).

This matter was referred to a United States Magistrate Judge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules for Magistrate Judges. On October 11, 2011, the magistrate judge issued a report and recommendation recommending that this case be dismissed, *sua sponte*, pursuant to the

1

provisions of 28 U.S.C. § 1915(e)(2)(B), and that Plaintiff's pending motion for preliminary injunction (Doc. 20) be denied. (Doc. 21). A copy of the report was mailed to Plaintiff at his address of record, and Plaintiff was given until October 25, 2011, to file objections. As of the date of this writing, no objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the report and recommendation (Doc. 21), the following ORDER is entered:

AND NOW, this 2nd day of November 2, 2011,

IT IS HEREBY ORDERED that Plaintiff's motion for preliminary injunction (Doc. 20) is DENIED.

IT IS FURTHER ORDERED that this case is DISMISSED, with prejudice.

IT IS FURTHER ORDERED that the magistrate judge's report and recommendation (Doc. 21) is adopted as the opinion of this Court.

BY THE COURT:

s/Terrence F. McVerry
TERRENCE F. McVERRY
UNITED STATES DISTRICT JUDGE

cc:
**MUWSA GREEN**
HV-5362
S.C.I. Fayette
Box 9999
LaBelle, PA 15450-0999